# United States District Court
# For The Western District of North Carolina
# Charlotte Division

NLA Diagnostics LLC,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                             3:12cv87

Theta Technologies Limited, et al.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2012 Order.

                                         Signed: August 8, 2012

                                         Frank G. Johns, Clerk
                                         United States District Court